JACK HAIKIN, Respondent, v. JAMES MCKENNA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between HOWARD C. HIRSCH and Others, Copartners Doing Business under the Firm Name and Style of HIRSCH, LILIENTHAL & Co., Respondents, and SAM S. SEITZ and PHILIP MESSIK, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of CIPRIANO ANDRADE, JR. DONNA E. ANDRADE, Petitioner, Appellant; GEORGE W. R. ANDRADE and ELIZABETH ANDRADE, as Executors, etc., of CIPRIANO ANDRADE, JR., Deceased, and GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under Trust Agreement Dated November 11, 1930, Made by Cipriano Andrade, Jr., Respondents.— Decree so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [164 Misc. 714.]

JOHN T. CARR LOWE, as Ancillary Administrator, c. t. a., d. b. n., etc., of HERBERT A. MANSFIELD, Deceased, Appellant, v. JACOB HELLERSTEIN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MAX LEHMAN and MAX SEIDMAN, Copartners, etc., Respondents, v. AMTORG TRADING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE HORN & HARDART COMPANY, Respondent, v. 115 EAST 14TH STREET COMPANY, INC., Appellant, Respondent, and THIRD HOLDING CORPORATION, Respondent, Appellant.— Judgment unanimously affirmed, with costs to the plaintiff against the defendants. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE PONTILLO, Alias JERRY BENDELLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HENRY J. SPENCER, Respondent, v. MUNICIPAL TRANSPORTATION Co., INC., and LEWIS I. FEDER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK SCHECTER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and dismiss the information.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. HAROLD RUSSELL RYDER, Defendant, and JOHN H. HALLOCK, as Trustee of MARKUS WEINGARTEN, Intervening Defendant, Appellant. SAMUEL K. ELLENBOGEN, as Receiver of HAROLD RUSSELL RYDER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN J. SCHMITT, Respondent, v. SAMUEL MITCHELL, BERNARD WALDMAN and SAMWALD REALTY CORP., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.